# Third District Court of Appeal

## State of Florida

Opinion filed May 21, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0483
Lower Tribunal No. F20-11164
_____

**Robert L. Caleb,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Petition for Belated Appeal.

Robert L. Caleb, in proper person.

James Uthmeier, Attorney General, and Sandra Lipman, Senior Assistant Attorney General, for respondent.

Before FERNANDEZ, LINDSEY, and MILLER, JJ.

PER CURIAM.

Petition denied.  <u>See</u> <u>Hendrix v. Pingree</u>, 381 So. 2d 334, 335 (Fla. 1st DCA 1980) ("Petitioner raises issues which may properly be resolved upon a direct appeal which is now pending; such issues are not presently reviewable by way of habeas proceedings."); <u>McGuire v. Cochran</u>, 135 So. 2d 226, 227 (Fla. 1961) ("A habeas corpus proceeding cannot be employed as a substitute for relief by appeal.").